# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD HERNANDEZ, | Case No. 1:25-cv-00710-KES-HBK |
| Plaintiffs, | SCREENING ORDER |
| v. | ORDER ALLOWING PLAINTIFF'S COMPLAINT TO PROCEED AND FORWARDING SERVICE DOCUMENTS TO PLAINTIFF FOR COMPLETION AND RETURN |
| BANK OF AMERICA, N.A., a Delaware Corporation; CONTINENTAL FINANCE LLC, a Delaware Entity; CONCORA CREDIT, INC, a Florida Corporation; CREDITS, INC, an Oregon Corporation; EQUIFAX, a Georgia Corp.; EXPERIAN, a Georgia Corporation; and TRANSUNION LLC, an Illinois LLC, | |
| | (Doc. No. 1) |
| Defendants. | |

Plaintiff Edward Hernandez is proceeding pro se and in forma pauperis with this action. He initiated the case on June 11, 2025, by filing a complaint asserting violations of the Fair Credit Reporting Act, Fair Debt Collection Practices Act, Rosenthal Fair Debt Collection Practices Act, and state law tort and contract claims.

The Court has screened Plaintiff's Complaint pursuant to 28 U.S.C. § 1915(e)(2)(B) and concludes that the Complaint states cognizable claims against Defendants Bank of America, Continental Finance, Concora Credit, Credits, Inc., Equifax, Experian, and TransUnion. The Complaint articulates facts that plausibly support claims under multiple statutes and tort theories and is sufficient to proceed past the screening stage.

Accordingly, IT IS ORDERED:

1. This case shall proceed on Plaintiff's claims under the Fair Credit Reporting Act, 15 U.S.C. § 1681 et seq.; the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 et seq.; the Rosenthal Fair Debt Collection Practices Act, Cal. Civ. Code § 1788 et seq.; and supplemental state law claims for negligence, breach of contract, false light invasion of privacy, intentional infliction of emotional distress, negligent infliction of emotional distress, and intentional interference with economic advantage.

2. Service is appropriate for the following Defendants:
    a. Bank of America
    b. Continental Finance
    c. Concora Credit
    d. Credits, Inc.
    e. Equifax
    f. Experian
    g. TransUnion

3. The Clerk of Court is directed to send Plaintiff: Seven (7) USM-285 forms, Seven (7) summons forms, A Notice of Submission of Documents form, An instruction sheet, and A copy of the Complaint filed on June 11, 2025.

4. Within thirty (30) days from the date of service of this order, Plaintiff shall complete and return to the Court the attached Notice of Submission of Documents with the following:
    a. Seven completed USM-285 forms (one per defendant),
    b. Seven completed summons,
    c. Eight (8) copies of the Complaint.

5. Plaintiff need not attempt service on defendants and need not request waiver of service. Upon receipt of these documents, the Court will direct the United States Marshals Service to serve the defendants pursuant to Rule 4 of the Federal Rules of Civil Procedure, without prepayment of costs.

6.  Plaintiff's failure to comply with this order may result in the dismissal of this action.

Dated:    June 27, 2025

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE

3