UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD HERNANDEZ,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>BANK OF AMERICA, N.A., et al.,<br><br>　　　　　Defendants. | Case No. 1:25-CV-00710-KES-HBK<br><br>ORDER DIRECTING ISSUANCE OF NEW CASE DOCUMENTS |

　　　　Plaintiff Edward Hernandez, who proceeds pro se, has been granted *in forma pauperis* status in this action. (Doc. No. 3).

　　　　Accordingly, it is ORDERED:

　　　　The Court DIRECTS the Clerk of Court to issue new case documents including: 1) summons if not already done so, 2) Order re Consent or Request for Reassignment, 3) notice and form of consent/decline to proceed before a magistrate judge; 4) scheduling order.

Dated:　July 31, 2025

　　　　　　　　　　　　　　　　　　　　　　　HELENA M. BARCH-KUCHTA
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE