1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   EDWARD HERNANDEZ,                      Case No.  1:25-cv-00710-KES-HBK

12                    Plaintiff,             ORDER GRANTING STIPULATION TO
                                            EXTEND DEADLINES AND VACATING
13          v.                              INITIAL SCHEDULING CONFERENCE

14   BANK OF AMERICA, N.A.; CONCORA         (Doc. No.  38)
     CREDIT, INC; CREDIT, INC; EQUIFAX;
15   EXPERIAN; TRANSUNION LLC,

16                    Defendants.

17

18          On November 6, 2025 Plaintiff Edward Hernandez, ("Plaintiff") and Defendants Bank of

19   America, N.A. ("BANA") and Equifax Information Services LLC ("Equifax") (collectively "the

20   Parties') filed a joint stipulation.  (Doc. No. 38).  Therein, the Parties request an extension to the

21   deadline to file the Parties' Joint Rule 26(f) Report and Initial Disclosures to after all Defendants

22   have appeared on the record or the Court has ruled on Defendant BANA's motion to dismiss,

23   whichever occurs later.  (*Id.* at 3).  The Court finds good cause to extend the deadline to file a

24   Joint Rule 26(f) Report and Initial Disclosures.  As a result, the Court will also vacate the Initial

25   Scheduling Conference until a later date.

26          Accordingly, it is **ORDERED**:

27          1.   The Joint Stipulation (Doc. No. 38) is **GRANTED**;

28

2.  The Court will issue a separate Order setting deadlines to file the Rule 26(f)
Reporting and the Initial Disclosure and an Initial Scheduling Conference until
after all Defendants appear or the Court rules on Defendant BANA's Motion to
Dismiss (Doc. No. 26), whichever is later.

3.  The Court vacates the November 20, 2025 Initial Scheduling Conference and
related deadlines.


Dated:    November 10, 2025

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE

2