UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD HERNANDEZ,<br>Plaintiff,<br>v.<br>BANK OF AMERICA, N.A., et al.,<br>Defendants. | Case No. 1:25-cv-00710-KES-HBK<br>ORDER REGARDING RESPONSE TO DEFENDANT'S MOTION TO DISMISS<br>OCTOBER 19, 2026 DEADLINE<br>ORDER VACATING MOTION HEARING SET FOR OCTOBER 19, 2026 |

Plaintiff Edward Hernandez filed his First Amended Complaint in this action on June 12, 2026, raising claims under the Fair Credit Reporting Act and state law claims. (Doc. 51). On July 24, 2026, Defendant Bank of America, N.A. ("BANA") filed a motion to dismiss under Federal Rule of Civil Procedure 12(b)(6). (Doc. 60).

Local Rule 230 requires a party to file an opposition to any motion, or a notice of non-opposition, within fourteen (14) days from the date the motion was filed. *See* E.D. Cal. L.R. 230(c). In an abundance of caution, the Court advises pro se litigants, including Plaintiff, that they must file one of the following in response to the motion: (1) an opposition to a motion to dismiss; or (2) a notice of non-opposition. Failure to file one of these documents may be deemed a waiver of opposition to the granting of the motion. L.R. 230(c). In light of Plaintiff's pro se status, the Court *sua sponte* extends Plaintiff's time to file an opposition, should Plaintiff choose to do so.

Accordingly, IT IS ORDERED:

1. On or before October 19, 2026, Plaintiff shall file one of the following: (1) an opposition to a motion to dismiss; or (2) a notice of non-opposition. If Plaintiff does not timely file an opposition, Defendant BANA's motion to dismiss will be deemed unopposed.

2. In view of this extension, and on the Court's own motion, pursuant to Local Rule 230(g), the hearing scheduled for October 19, 2026, at 1:30 p.m., concerning Defendant BANA's Motion to Dismiss (Doc. 60) is hereby VACATED. Upon review of the Motion and the record, the Court finds the matter appropriate for submission on the papers without oral argument.

Dated: October 2, 2026

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE